Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>　　　Plaintiffs,<br><br>v.<br><br>RIO GRANDE PAINTING, INC.,<br><br>　　　Defendant. | Case No.: C07-5442 PJH<br><br>**NOTICE OF RELATED CASE** |

　　　Pursuant to California Federal Rules of Court, Local Rule 3-12, plaintiffs herein give this notice of a related case previously filed:

　　　1.　　On May 1, 2007, Case No. C07-2376 MMC was filed. That case was also filed by the above-named plaintiffs against the above-named defendant Rio Grande Painting, Inc.

-1-
**NOTICE OF RELATED CASE**
**Case No.: C07-5442 PJH**

2.  The current case is brought on behalf of the same Trust Funds, Boards of Trustees, with the exception of Fred Inman who has since retired and has been replaced by Les Proteau, and named trustee plaintiffs, against the same defendant Rio Grande Painting, Inc. This case is also in pursuit of collection of delinquent and unpaid contributions due to the plaintiff employee benefit trust funds, to which defendants are obligated by the same collective bargaining agreement to contribute. The substantive difference between the cases is that, in this case, plaintiffs are requiring defendant to provide certain records and to submit to an audit of such records by a date certain for the period January 1, 2006 through present as required under ERISA § 515, 29 U.S.C. § 1145.

3.  Plaintiffs believe that the assignment of the present case to the same judge (the Honorable Maxine Chesney) would save judicial effort and promote judicial economy due to Judge Chesney's familiarity with the parties and the issues.

Dated: October 24, 2007            SALTZMAN & JOHNSON LAW CORPORATION


                                    By:_____/s/_____
                                            Michele R. Stafford
                                            Attorneys for Plaintiffs