1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | BAY AREA PAINTERS AND TAPERS         | Case No.: C07-5442 PJH
   | PENSION FUND, et al.,                |
14 |                                      | **PROOF OF SERVICE ON SUMMONS**
   |       Plaintiffs,                    |
15 |                                      |
   | v.                                   |
16 |                                      |
   | RIO GRANDE PAINTING, INC.,           |
17 |                                      |
   |       Defendant.                     |
18

19 ///
   ///
20 ///
   ///
21 ///
   ///
22 ///
   ///
23 ///
   ///
24 ///
   ///
25 ///
   ///
26 ///
   ///
27 ///
   ///
28 ///

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT NAME OF CASE<br>Bay Area Painters & Tapers Pension Fund, et al. -v- Rio Grande Painting, Inc. | | |
| **PROOF OF SERVICE** DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5442 PJH |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

### Name: Rio Grande Painting, Inc.

**Date of Delivery:** November 16th, 2007
**Time of Delivery:** 1:21 p.m.

**Place of Service:**   1794 Duffy Way
San Jose, CA 95116

**Manner of Service:** Personal Service - by personally delivering copies to Juan Limon, Agent for Service of Process for Rio Grande Painting, Inc.

**Fee for Service:**

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: Nov, 26th 2007
at: San Francisco, California

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Jeffrey Dunst
Title: RPS, San Francisco County #1036

### PROOF OF SERVICE