```
 1  Peter A. Liebow, Esq. (SBN 116696)
    Edward A. Kraus, Esq. (SBN 162043)
 2  CREECH, LIEBOW & KRAUS
    333 West San Carlos Street, Suite 1600
 3  San Jose, CA 95110
 4  Telephone: (408) 993-9911
    Facsimile: (408) 993-1335
 5
    Attorneys for Defendant,
 6  RIO GRANDE PAINTING, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>vs.<br><br>RIO GRANDE PAINTING, INC.,<br><br>Defendant. | Case No.: C 07 5442 PJH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Date: January 16, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3 |

Defendant RIO GRANDE PAINTING, INC. hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following document:

1. A true and correct copy of the Judgment Pursuant to Stipulation filed on August 27, 2007 in the case entitled *Bay Area Painters and Tapers Pension Fund, et al. vs. Rio Grande Painting, Inc.*, United States District Court, Northern District of California, Case No. C07-2376 MMC.

///

---
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT      1

L:\Riogr-02\Motion to Dismiss\Request For Judicial Notice (12.6.07).doc

1  Under Federal Rule of Evidence 201, judicial notice may be taken of facts that are not
2  subject to reasonable dispute, either because they are "(1) generally known within the territorial
3  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to
4  sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201. Defendant is
5  seeking that this Court take judicial notice of its own Judgment and Order in the referenced case.
6  For these reasons, the Court should grant Defendant's Request For Judicial Notice and
7  take judicial notice of the attached document in support of Defendant's Motion to Dismiss
8  Complaint.

9  DATED: December 6, 2007                    CREECH, LIEBOW & KRAUS

                                              By: _____/s/_____
                                                  EDWARD A. KRAUS
                                                  Attorney for Defendant,
                                                  RIO GRANDE PAINTING, INC.