Peter A. Liebow, Esq. (SBN 116696)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant,
RIO GRANDE PAINTING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>vs.<br><br>RIO GRANDE PAINTING, INC.,<br><br>Defendant. | Case No.: C 07 5442 PJH<br><br>**(PROPOSED) ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>**Date:  January 16, 2008**<br>**Time:  9:00 a.m.**<br>**Courtroom:  3** |

The Motion to Dismiss Plaintiffs' Complaint filed by Defendant RIO GRANDE PAINTING, INC. came on regularly for hearing on January 16, 2008 before the United States District Court for the Northern District of California, Judge Phyllis J. Hamilton presiding.

Having considered the papers submitted by the parties and the arguments presented by counsel, and good cause appearing therefore, the Court finds that Plaintiffs' Complaint must be dismissed in its entirety for failure to state a claim on which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).  The doctrine of res judicata bars Plaintiffs' Complaint.

1  IT IS THEREFORE HEREBY ORDERED that the Motion to Dismiss by Defendant RIO
2  GRANDE PAINTING, INC. is GRANTED.  IT IS FURTHER ORDERED that all claims for
3  relief alleged in Plaintiffs' Complaint against RIO GRANDE PAINTING, INC. are hereby
4  dismissed with prejudice.

6  DATED: _____        _____
7                                         **PHYLLIS J. HAMILTON**
                                          **UNITED STATES DISTRICT JUDGE**