Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIO GRANDE PAINTING, INC.<br><br>Defendant. | Case No.: C07-5442 PJH<br><br>**DECLARATION OF MICHELE R. STAFFORD IN OPPOSITION TO MOTION TO DISMISS**<br><br>Date:        January 16, 2008<br>Time:       9:00 a.m.<br>Location:  Courtroom 3 |

I, Michele R. Stafford, declare as follows:

1.     I am the attorney of record for plaintiffs herein.

2.     Plaintiffs' auditor attempted to perform an audit of Rio Grande's records, as permitted by the terms of the Collective Bargaining Agreement and Trust Agreements. Specifically, Article 19 (Administration of Fringe Benefits), subsection 6 of the Northern California Painters Master Agreement to which Rio Grande is signatory states that:

*The Board of Trustees or their authorized representatives, may require any….Employer…to submit to it any information relevant to the administration of the Trust. Upon notice in writing from the Trust Funds, an Employer must permit an accountant, or agent of an*

1   *accountant, of the Board of Trustees to enter upon the premises of such Employer or the Union*
2   *during business hours to examine and copy the following records....*

3       3.    The auditor copied me on all communications to and from Rio Grande with respect to this audit. I can provide the Court with copies of all emails and correspondence, in the event that it is required. I can also provide a Declaration of Ms. Williams, the auditor, for review by the Court. I have not included it here as this matter is only relative to the face of the pleadings and the communications between Ms. Williams and Rio Grande are relevant to why the instant Complaint was filed. The initial audit demand to Rio Grande was made after the Stipulation was entered, on or about August 27, 2007.

4       4.    Andrea Williams of Hemming Morse, Inc. (HMI) went to Rio Grande's offices on September 6, 2007. Ms. Williams advised me that Rio Grande did not have the majority of the documents required to complete the audit and provided Ms. Williams with the contact information for their CPA, who was to provide all of the missing documents. Ms. Williams spoke to the CPA on September 28, 2007 and followed the conversation with an emailed list of documents required to complete the audit.

5       5.    Hearing nothing in response to her email, Ms. Williams sent a follow up email to the CPA on October 4, 2007, and then called the CPA on October 8, 2007. Ms. Williams then emailed the CPA again on October 16, 2007.

6       6.    As Ms. Williams was getting nowhere, on October 22, 2007, I sent a letter to Rio Grande's counsel, addressing a number of issues relative to the prior matter. Page 2 of the letter sent contained a paragraph as follows:

> ***The Audit:*** *I am advised by the auditor that your client has failed to provide the documents requested. Several emails have been sent by the auditors with no response. If the missing documents are not provided by **Monday, October 22, 2007,** we will proceed to file a Complaint to compel the audit.*

7       7.    On Monday, October 22, 2007, I emailed Mr. Kraus, Rio Grande's counsel, requesting the status of the audit, asking if the documents were provided, and stated that *"if the documents were not provided I am filing suit today."* That same day, an email was sent to the

1 auditor requesting the status.

2     8.    On Tuesday, October 23, 2007, the auditor (Ms. Williams) advised me that she had not received any documents from either Rio Grande or their CPA.

    9.    The Complaint was sent for filing on October 24, 2007.

    10.    At 3:27 p.m. on Thursday, October 25, 2007 (a full three days past the October 22, 2007 deadline), Ms. Williams advised me that some documents were dropped off by an agent of Rio Grande, but that *there were still documents missing*.

    11.    I was advised that the audit was finally completed on or about November 27, 2007, and a "10 day" letter was sent to the employer (copy to me). The audit found $179,626.21 due to the Trust Funds.

    12.    In an effort to resolve the current dispute about the instant Complaint, I requested that Mr. Kraus agree that the amounts found due on audit be included in the prior Stipulated Judgment. He refused.

    I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto. Executed this 28th day of December, 2007 at Foster City, California.

Dated: December 28, 2007    SALTZMAN & JOHNSON LAW CORPORATION

_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On December 28, 2007, I served the foregoing document on the parties to this action, addressed as follows, in the manner described below:

**DECLARATION OF MICHELE R. STAFFORD
IN OPPOSITION TO MOTION TO DISMISS**

☑ MAIL, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*
    **Ed Kraus, Esq.
    Creech, Liebow & Kraus
    333 West San Carlos Street, Suite 1600
    San Jose, California 95110**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of December, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega