United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION FUND, BAY AREA PAINTERS
AND TAPERS HEALTH FUND, et al.,

         Plaintiffs,

    v.

RIO GRANDE PAINTING, INC.,

         Defendant.

_____/

No. C 07-5442 PJH

**ORDER VACATING HEARING
DATE PENDING DECISION ON
RELATEDNESS**

TO ALL PARTIES AND COUNSEL OF RECORD:

On January 9, 2008, plaintiffs filed a request to relate the instant action to <u>Bay Area Painters & Tapers Pension Fund, et al. v. Rio Grande Painting, Inc.</u>, C 07-2376 MMC. Accordingly, the court hereby VACATES the January 16, 2008 hearing date currently scheduled in the instant action, pending a determination by Judge Chesney whether the cases are related.  In the event that Judge Chesney declines to relate the two actions, the hearing date on defendant's motion to dismiss will be re-calendared.

**IT IS SO ORDERED.**

Dated: January 9, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge