1 | Peter A. Liebow, Esq. (SBN 116696)
2 | Edward A. Kraus, Esq. (SBN 162043)
  | CREECH, LIEBOW & KRAUS
3 | 333 West San Carlos Street, Suite 1600
  | San Jose, CA 95110
4 | Telephone: (408) 993-9911
  | Facsimile: (408) 993-1335
5
6 | Attorneys for Defendant,
  | RIO GRANDE PAINTING, INC.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, | Case No.: C 07 5442 MMC |
|---|---|
| Plaintiffs, | **RE-NOTICE OF MOTION TO DISMISS COMPLAINT** |
| vs. | Date: February 22, 2008 |
| RIO GRANDE PAINTING, INC., | Time: 9:00 a.m. |
| Defendant. | Courtroom: 7 |

RE-NOTICE OF MOTION TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, on February 22, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant RIO GRANDE PAINTING, INC. (hereinafter "RIO GRANDE"), in the United States District Court for the Northern District of California, Courtroom 7, 19th floor, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Maxine M. Chesney presiding, will move the Court to dismiss the Complaint in this

---

RE-NOTICE OF MOTION TO DISMISS COMPLAINT

1

1  action, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that
2  Plaintiffs have failed to state facts establishing a claim upon which relief can be granted.
3  Specifically, the claims set forth in the Complaint are barred by the doctrine of res judicata in
4  that a Stipulated Judgment was filed in an earlier action covering the same transactional set of
5  facts as in this action, and between the same parties.
6          This motion is based upon the already filed Notice, Memorandum of Points and
7  Authorities, Request for Judicial Notice and the accompanying documents filed on December 6,
8  2007, the Reply to Plaintiffs' Opposition filed on January 2, 2008 and upon all pleadings, files
9  and records herein, and upon such matters and argument as may be presented to the Court at the
10 hearing of this motion.
11 DATED: January 14, 2008                    CREECH, LIEBOW & KRAUS
12
13                                             By: _____/s/_____
                                                   EDWARD A. KRAUS
14                                                 Attorney for Defendant,
                                                   RIO GRANDE PAINTING, INC.

RE-NOTICE OF MOTION TO DISMISS COMPLAINT

2

L:\Riogr-02\Motion to Dismiss\Re-Notice of Motion to Dismiss (1.14.08).doc