Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.


Peter A. Liebow, Esq. (SBN 116696)
Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
(408) 993-9911
(408) 993-1335 – Facsimile

Attorneys for Defendant,
RIO GRANDE PAINTING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIO GRANDE PAINTING, INC., <br><br> Defendant. | Case No.:  C07-5442 MMC <br><br> **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:  February 1, 2008 <br> Time   10:30 a.m. <br> Judge:  Honorable Maxine M. Chesney |

The parties jointly request continuance of the Case Management Conference currently set for February 1, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney, as follows:

1.    On December 6, 2007, defendant in this action filed a Notice of Motion to Dismiss

-1-
**JOINT REQUEST FOR CONTINUANCE OF CMC**
**Case No.: C07-5442 MMC**

1  plaintiffs' action, and the case was thereafter related to prior case No. C07-2376 MMC.
2  Defendant's Motion date was renoticed to February 22, 2008.

3      2.    On January 2, 2008, however, the parties met and conferred, and did come to a
4  tentative agreement to resolve this action by filing an Amendment to the Judgment entered in the
5  prior action, C07-2376 MMC.

6      3.    The parties hereto are currently finalizing that Amendment to Judgment that will
7  resolve this matter, without any anticipated need for court appearances. The parties will stipulate
8  therein to then dismiss this action, with Defendant withdrawing its Motion to Dismiss.

9      4.    The parties therefore respectfully request that the Case Management Conference,
10 currently scheduled for February 1, 2008, be continued for approximately 30 days (beyond the
11 February 22, 2008 hearing date currently pending) to allow the Amendment of Judgment to be
12 finalized, approved by both parties, and thereby bring these matters to resolution.

13     5.    It is furthermore requested that all previously set deadlines and dates related to this
14 case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Date: January 25, 2008    **SALTZMAN & JOHNSON LAW CORPORATION**

By:_____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

Date: January 25, 2008    **CREECH, LIEBOW & KRAUS**

By:_____/s/_____
    Edward A. Kraus
    Attorneys for Defendant

1

<u>ORDER</u>

2

3  IT IS SO ORDERED.

4    The currently set Case Management Conference is hereby continued to
_____ at _____, and all previously set deadlines and
5  dates related to this case are vacated, to be reset at that Conference.

6

7  Date: _____    _____
                                     The Honorable Maxine M. Chesney
8                                    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**JOINT REQUEST FOR CONTINUANCE OF CMC**
**Case No.: C07-5442 MMC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
**JOINT REQUEST FOR CONTINUANCE OF CMC**
**Case No.: C07-5442 MMC**

P:\CLIENTS\PATCL\Rio Grande Painting\Audit\Pleadings\C07-5442 MMC Request to Continue CMC 012508.DOC