1   Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
2   SALTZMAN & JOHNSON LAW CORPORATION
    120 Howard Street, Suite 520
3   San Francisco, CA 94105
    (415) 882-7900
4   (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
5   mstafford@sjlawcorp.com

6   Attorneys for Plaintiffs
    BAY AREA PAINTERS AND TAPERS
7   PENSION FUND, et al.

8
    Peter A. Liebow, Esq. (SBN 116696)
9   Edward A. Kraus, Esq. (SBN 162043)
    CREECH, LIEBOW & KRAUS
10  333 West San Carlos Street, Suite 1600
    San Jose, CA 95110
11  (408) 993-9911
    (408) 993-1335 – Facsimile
12
    Attorneys for Defendant,
13  RIO GRANDE PAINTING, INC.

14

15              UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18  BAY AREA PAINTERS AND TAPERS          Case No.:  C07-5442 MMC
    PENSION FUND, et al.,                 ORDER APPROVING
19                                        **JOINT REQUEST TO CONTINUE**
                                          **CASE MANAGEMENT CONFERENCE**;
20          Plaintiffs,                   VACATING FEBRUARY 22, 2008 HEARING
                                          Date:   February 1, 2008
21  v.                                    Time   10:30 a.m.
                                          Judge:  Honorable Maxine M. Chesney
22  RIO GRANDE PAINTING, INC.,

23          Defendant.

24  _____

25          The parties jointly request continuance of the Case Management Conference currently set

26  for February 1, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney, as follows:

27          1.       On December 6, 2007, defendant in this action filed a Notice of Motion to Dismiss

28

P:\CLIENTS\PATCL\Rio Grande Painting\Audit\Pleadings\C07-5442 MMC Request to Continue CMC 012508.DOC

plaintiffs' action, and the case was thereafter related to prior case No. C07-2376 MMC. Defendant's Motion date was renoticed to February 22, 2008.

2.      On January 2, 2008, however, the parties met and conferred, and did come to a tentative agreement to resolve this action by filing an Amendment to the Judgment entered in the prior action, C07-2376 MMC.

3.      The parties hereto are currently finalizing that Amendment to Judgment that will resolve this matter, without any anticipated need for court appearances. The parties will stipulate therein to then dismiss this action, with Defendant withdrawing its Motion to Dismiss.

4.      The parties therefore respectfully request that the Case Management Conference, currently scheduled for February 1, 2008, be continued for approximately 30 days (beyond the February 22,2008 hearing date currently pending) to allow the Amendment of Judgment to be finalized, approved by both parties, and thereby bring these matters to resolution.

5.      It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Date: January 25, 2008          **SALTZMAN & JOHNSON LAW CORPORATION**


By:_____/s/_____
                           Muriel B. Kaplan
                           Attorneys for Plaintiffs

Date: January 25, 2008          **CREECH, LIEBOW & KRAUS**


By:_____/s/_____
                           Edward A. Kraus
                           Attorneys for Defendant

**-2-**
**JOINT REQUEST FOR CONTINUANCE OF CMC**
**Case No.: C07-5442 MMC**

<u>ORDER</u>

IT IS SO ORDERED.

     The currently set Case Management Conference is hereby continued to March 28, 2008 at 10:30 a.m., and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference. The February 22, 2008 hearing on defendant's motion to dismiss is VACATED, and will be reset, if necessary, on March 28, 2008.

Date: January 28, 2008

The Honorable Maxine M. Chesney
United States District Court Judge

**JOINT REQUEST FOR CONTINUANCE OF CMC**
**Case No.: C07-5442 MMC**

P:\CLIENTS\PATCL\Rio Grande Painting\Audit\Pleadings\C07-5442 MMC Request to Continue CMC 012508.DOC