MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94105
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>        Plaintiffs,<br>     v.<br><br>RIO GRANDE PAINTING, INC.,<br><br>        Defendant. | Case No.:  C07-5442 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP

-1-
CASE NO.: C07-5442 PJH
COMPLAINT TO COMPEL AUDIT

P:\CLIENTS\PATCL\Rio Grande Painting\Audit\Pleadings\Complaint\Notice of Dismissal.DOC

1  TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND
2  CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE
3  INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES al., voluntarily dismiss,
4  without prejudice, their claim against defendant RIO GRANDE PAINTING, INC. Defendant has
5  neither served an answer nor moved for summary judgment, and plaintiffs have not previously
6  filed or dismissed any similar action against defendant.
7
8  Dated: February 28, 2008        SALTZMAN & JOHNSON
                                    LAW CORPORATION
9
10                          By:    _____/s/_____
                                    Michele R. Stafford
11                                  Attorneys for Plaintiffs
12
13
14 **IT IS SO ORDERED:**

15 Date:_____             _____
                                  UNITED STATES DISTRICT COURT JUDGE
16

-2-
CASE NO.: C07-5442 PJH
COMPLAINT TO COMPEL AUDIT

P:\CLIENTS\PATCL\Rio Grande Painting\Audit\Pleadings\Complaint\Notice of Dismissal.DOC