1  MURIEL B. KAPLAN (SBN: 124607)
   MICHELE R. STAFFORD (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
4  Telephone: (415) 882-7900
   Facsimile: (415) 882-9287
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6
7  Attorneys for Plaintiffs,
   BAY AREA PAINTERS AND TAPERS
8  PENSION FUND, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>Plaintiffs,<br>v.<br><br>RIO GRANDE PAINTING, INC.,<br><br>Defendant. | Case No.: C07-5442 ~~PJH~~ MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** AND ORDER THEREON |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP

-1-
CASE NO.: C07-5442 PJH
COMPLAINT TO COMPEL AUDIT

TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES al., voluntarily dismiss, without prejudice, their claim against defendant RIO GRANDE PAINTING, INC. Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: February 28, 2008

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Date: February 29, 2008

_____
UNITED STATES DISTRICT COURT JUDGE